## THOMAS P. HUGHES
ATTORNEY AT LAW
23 OXFORD ROAD
NEW HARTFORD, NEW YORK 13413

(315) 223-3043
FAX (315) 735-7924

June 8, 2010



Clerk, U.S. Bankruptcy Court
230 U.S. Courthouse
10 Broad Street, Room 230
Utica, New York 13501

Re: Robert H. Stanhope, Jr.
Chapter 7 Case No.: 07-63916

Dear Sir or Madam:

Pursuant to FRBP 3011 I enclose a check payable to the U.S. Bankruptcy Court in connection with the above referenced Chapter 7 proceeding.

The name of the creditor, last known address, and amount of dividend is as follows:

Creditor: Checkcare o/b/o Ashland Inc.
Last Known Address: P.O. Box 36008
Louisville, KY 40233-6008
Dividend Amount: $11.59

Very truly yours,

Thomas P. Hughes

TPH: le

Enclosure

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
Utica DIVISION

In re:

STANHOPE, ROBERT H., JR.

Debtor.

Chapter 7

Case No. 07-63916 DD

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 2 | Checkcare o/b/o Ashland Inc. P.O. Box 36008 Louisville, KY 40233-6008 | 79.39 | 11.59 |

Dated: June 8, 2010

_____
THOMAS PAUL HUGHES
Trustee
23 Oxford Road
New Hartford, NY 13413
(315) 223-3043